DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

DONALD JAMES FOUNTAIN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1645

———————————————

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Donald James Fountain, Jr., pro se.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.